IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSICA PELZEK and RODNEY PELZEK,

    Plaintiffs,

  v.

Case No. 18-cv-29-jdp

WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Department of Corrections and against plaintiffs Jessica Pelzek and Rodney Pelzek dismissing the case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | June 28, 2019 |
| Peter Oppeneer, Clerk of Court | Date |